# EXHIBIT B

Case: 4:12-cv-01204-CDP   Doc. #: 1-2   Filed: 07/05/12   Page: 2 of 4 PageID #: 18

Int. Cl.: 28

Prior U.S. Cl.: 22

| United States Patent and Trademark Office | Reg. No. 1,291,345<br>Registered Aug. 21, 1984 |
|---|---|

## TRADEMARK
Principal Register

## GOLD GLOVE

Figgie International Inc. (Ohio corporation)
2300 Delmar Blvd.
St. Louis, Mo. 63166

For: BASEBALL GLOVES AND MITTS, in CLASS 28 (U.S. Cl. 22).
First use Jul. 1983; in commerce Jul. 1983.
Owner of U.S. Reg. No. 990,449.
No claim is made to the exclusive right to use "Glove", apart from the mark as shown.

Ser. No. 442,642, filed Sep. 6, 1983.

ALBIN DROST, Examining Attorney

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 990,449
Registered Aug. 6, 1974
Renewal Term Begins Aug. 6, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

### GOLD GLOVE AWARD

FIGGIE LICENSING CORPORATION (DELAWARE CORPORATION)
4420 SHERWIN ROAD
WILLOUGHBY, OH 44094, BY CHANGE OF NAME FROM A-T-O INC. (OHIO CORPORATION) SAINT LOUIS, MO

THE TERM "AWARD" IS DISCLAIMED APART FROM THE MARK.

FOR: ENTERTAINMENT SERVICES—NAMELY, PROMOTING BASEBALL THROUGH THE GRANT OF AWARDS TO OUTSTANDING FIELDERS, IN CLASS 107 (INT. CL. 41).

FIRST USE 12-0-1957; IN COMMERCE 12-0-1957.

SER. NO. 72-446,568, FILED 1-22-1973.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on May 10, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 41

Prior U.S. Cls.: 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 1,945,584
Registered Jan. 2, 1996

## SERVICE MARK
### PRINCIPAL REGISTER

## RAWLINGS GOLD GLOVE AWARD

RAWLINGS SPORTING GOODS COMPANY, INC. (DELAWARE CORPORATION)
1859 INTERTECH DRIVE
FENTON, MO 63026

FOR: ENTERTAINMENT SERVICES, NAMELY PROMOTING BASEBALL THROUGH THE GRANT OF AWARDS TO OUTSTANDING FIELDERS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 0-0-1958; IN COMMERCE 0-0-1958.

OWNER OF U.S. REG. NOS. 799,922, 802,164, AND 990,449.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AWARD", APART FROM THE MARK AS SHOWN.

SER. NO. 74-620,918, FILED 1-11-1995.

JOYCE A. WARD, EXAMINING ATTORNEY