# EXHIBIT C





image by @Zonastona, 4 Mar