# EXHIBIT D

Twitter / @DatDudeBP: #BEPNews: Aso, the GODFATH ... - Windows Internet Explorer
http://twitter.com/#!/DatDudeBP/status/17316959336649
Bing
File Edit View Favorites Tools Help
Convert Select
Favorites
Web Slice Gallery
empty_pixel[1].gif
Free Hotmail
Husch Citrix Portal
Husch Webmail
Twitte... Twitte... Twitte... Tw...
Page Safety Tools
Brandon Phillips
#BEPNews: Aso, the GODFATHER of @wilsonballglove did his magic AGAIN! Say hello to.... #Bandit lockerz.com/s/186825252 lockerz.com/s/186825259
Don't miss any updates from Brandon Phillips
http://lockerz.com/s/186825252
Internet | Protected Mode: On
45%

Twitter Trackbacks for BEPNews: Aso, the GODFATHER of did his magic AGAIN! Say hello to..... #B - Windows Internet Expl...

http://topsy.com/lockerz.com/s/186825259

Bing

File Edit View Favorites Tools Help

Convert Select

Favorites | Web Slice Gallery | empty_pixel[1].gif | Free Hotmail | Husch Citrix Portal | Husch Webmail

Twitte... | Twitte... | Twitte... | Tw...

Page | Safety | Tools

Everything Links Tweets Photos Videos Experts Trending

Sign in: Twitter Facebook

TOPSY

Search | Advanced Search

aso bandit godfather magic hello

**39**
posts

tweet

## BEPNews: Aso, the GODFATHER of did his magic AGAIN! Say hello to..... #Bandit □

lockerz.com/s/186825259 - view page - cached page

Tags

#baseball #sick #wilson #bandit #bepnews #baseballswag #lovethyleather

share this page on Twitter

rss feed for lockerz.com

alerts create email alert for lockerz.com

Topsy Bookmarklet

Easily go from any web page straight to the Topsy page for that link.

Topsy Drag this to your toolbar.

**Posts about this photo**

Filter

**kylejarrett34** kyle jarrett
"@tkimm10: http://t.co/zQKCecsw @KyleJarrett34" @NickBiondoletti if you say this isnt the sickest glove youve ever seen ill smack you.
03/25/2012 Reply Retweet Favorite

**kylejarrett34** kyle jarrett
Brandon Phillips glove is sick!!!!!!!!! #wilson #lovethyleather http://t.co/eBISvloy @KyleJarrett34
03/25/2012 Reply Retweet Favorite

Twitter Trackbacks for BEPNews: Aso, the GODFATHER of did his magic AGAIN! Say hello to..... #B - Windows Internet Expl...

http://topsy.com/lockerz.com/s/186825259 | Bing

File Edit View Favorites Tools Help | Convert | Select

Favorites | Web Slice Gallery | empty_pixel[1].gif | Free Hotmail | Husch Citrix Portal | Husch Webmail

Twitte... | Twitte... | Twitte... | Tw... | Page | Safety | Tools

**filletofish18** David Fishman
http://t.co/z5Uj0grA @Baseballswag_ thats some #baseballswag right there courtesy of the MLB player with the most swag @DatDudeBP & Aso
02/26/2012 Reply Retweet Favorite

**stroupben** stroupben
"@DatDudeBP: Say hello to..... #Bandit ☐ http://t.co/5cCHEbzL http://t.co/bUeNdvZR" coolest glove ever!! I want one!!
02/24/2012 Reply Retweet Favorite

**nick_karski** Nick Karski
I hated using Wilson baseball gloves back when I played, but I would use one just for this! LOVE IT! @DatDudeBP http://t.co/NPZypmrb
02/24/2012 Reply Retweet Favorite

**mack_bab_mayne** 4 For 4 Williams
#BEPNews: Aso, the GODFATHER of @wilsonballglove did his magic AGAIN! Say hello to..... #Bandit ☐ http://t.co/hoA0BF69 http://t.co/7t6W7R1S
02/24/2012 Reply Retweet Favorite

**kyled1215** Kyle Diangkinay
"@DatDudeBP: Aso, did his magic AGAIN! Say hello to..... #Bandit ☐ http://t.co/bp6ATxNz http://t.co/Du85RF9f" SO NICE!
02/24/2012 Reply Retweet Favorite

**mattkingtuttle** Matt
#BEPNews: Aso, the GODFATHER of @wilsonballglove did his magic AGAIN! Say hello to..... #Bandit ☐ http://t.co/hoA0BF69 http://t.co/7t6W7R1S
02/24/2012 Reply Retweet Favorite

**rotcehrojas** Andrea Rotceh Rojas
#BEPNews: Aso, the GODFATHER of @wilsonballglove did his magic AGAIN! Say hello to..... #Bandit ☐ http://t.co/hoA0BF69 http://t.co/7t6W7R1S
02/24/2012 Reply Retweet Favorite

more

To show you mostly unique tweets, we have hidden some tweets. You can view with the omitted tweets included. click here

Internet | Protected Mode: On | 90%

Twitter / @MJAustin41: @DatDudeBP: #Bandit is his ... - Windows Internet Explorer

http://twitter.com/#!/MJAustin41/statuses/176443257268

File Edit View Favorites Tools Help

Favorites | Web Slice Gallery | empty_pixel[1].gif | Free Hotmail | Husch Citrix Portal | Husch Webmail

twitter | Search | Have an account? Sign in

**Brandon Phillips** @DatDudeBP 4 Mar

LOL! Not gonna lie, but me & #Bandit really had fun putting on a show for the fans today during #ExtraWork! He's heating up! #ALLREADY

Details

**Matthew Austin**
@MJAustin41

Follow

@DatDudeBP: #Bandit is his new glove, is that beast going to go on sale??

Reply Retweet Favorite

5:05 PM - 4 Mar 12 via Twitter for iPhone Embed this Tweet

## Don't miss any updates from Matthew Austin

Join Twitter today and follow what interests you!

Full name | Email | Password

Text follow MJAustin41 to your carrier's shortcode

Sign up

© 2012 Twitter About Help

http://twitter.com/#!/MJAustin41 | Internet | Protected Mode: On | 90%

Twitter / @DatDudeBP: #Indeed! Damn #Bandit is s ... - Windows Internet Explorer
http://twitter.com/#!/DatDudeBP/statuses/176479998914
Bing
File Edit View Favorites Tools Help
Convert
Select
Favorites
Web Slice Gallery
empty_pixel[1].gif
Free Hotmail
Husch Citrix Portal
Husch Webmail
Twitte...
Twitte...
Twitte...
Tw...
Page
Safety
Tools
twitter
Brandon Phillips
#Indeed! Damn #Bandit is sexy LOL RT @Zonastona: #bandit was seen today working out with @DatDudeBP here is the proof. pic.twitter.com/O2HjsMZH
Don't miss any updates from Brandon Phillips
Internet | Protected Mode: On
50%

Twitter / @Nick_Karski: I hated using Wilson baseb ... - Windows Internet Explorer

http://twitter.com/#!/Nick_Karski/statuses/173170785479

File Edit View Favorites Tools Help

Favorites | Web Slice Gallery | empty_pixel[1].gif | Free Hotmail | Husch Citrix Portal | Husch Webmail

twitter

**Nick Karski**

I hated using Wilson baseball gloves back when I played, but I would use one just for this! LOVE IT! @DatDudeBP lockerz.com/s/186825259

**Don't miss any updates from Nick Karski**

Internet | Protected Mode: On 50%

Twitter / @tkimm10: Brandon Phillips glove is ... - Windows Internet Explorer
http://twitter.com/#!/kylejarrett34/status/1840815504119
Bing
File Edit View Favorites Tools Help
Convert Select
Favorites
Web Slice Gallery
empty_pixel[1].gif
Free Hotmail
Husch Citrix Portal
Husch Webmail
Twitte... Twitte... Twitte... Tw...
Page Safety Tools
twitter
Trevor Kimm
Follow
Brandon Phillips glove is sick!!!!!!!!! #wilson #lovethyleather lockerz.com/s/186825259 @KyleJarrett34
Don't miss any updates from Trevor Kimm
Sign up
Internet | Protected Mode: On
55%

Twitter / @filletofish18: http://t.co/z5Uj0grA @Base ... - Windows Internet Explorer
http://twitter.com/#!/filletofish18/status/17390379234820
Bing
File Edit View Favorites Tools Help
Convert Select
Favorites
Web Slice Gallery
empty_pixel[1].gif
Free Hotmail
Husch Citrix Portal
Husch Webmail
Twitte... Twitte... Twitte... Tw...
Page Safety Tools
twitter
Search
David Fishman
Follow
lockerz.com/s/186825259 @Baseballswag_
thats some #baseballswag right there courtesy
of the MLB player with the most swag
@DatDudeBP & Aso
Reply Retweet Favorite
Don't miss any updates from David Fishman
Sign up
Done
Internet | Protected Mode: On
60%

















