# EXHIBIT A

Case: 4:12-cv-01204-CDP   Doc. #:  23-1   Filed: 12/03/12   Page: 1 of 2 PageID #: 135

